IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01607-LTB

TOUFIC HAWAT,

    Plaintiff,

v.

MICHAEL MUKASEY, Attorney General of the United States;
MICHAEL CHERTOFF, Secretary for the Department of Homeland Security ("DHS");
MICHAEL AYTES, Director for Citizenship and Immigration Services ("CIS");
ROBERT M. COWAN, Director of the National Benefits Center of CIS;
ROBERT MATHER, District director for the Denver CIS District; and
ROBERT S. MUELLER III, Director Federal Bureau of Investigations,

    Defendants.
_____

**ORDER**
_____

    The Court, having reviewed the Joint Motion to Reopen and Dismiss Complaint for Writ of Mandamus, and sufficient cause appearing, hereby grants the motion. Plaintiff's Complaint for Writ of Mandamus and Declaratory and Injunctive relief is hereby reopened and dismissed with each party to pay its own costs.

Dated: December 22, 2008

                                      BY THE COURT:


                                        s/Lewis T. Babcock
                                        LEWIS T. BABCOCK, JUDGE